SCWC-11-0000016

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. TIERNEY,
also known as, Michael C. King,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000016; CR. NOS. 88-2209 and 89-0024)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Michael C. Tierney's

Application for Writ of Certiorari filed on September 26, 2011,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 19, 2011.

Michael C. Tierney,
Pro Se Petitioner/
Defendant-Appellant
on the application

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

